# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 4, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156029(58)

BRENDA FORD WHITE,
      Plaintiff-Appellant,

and

PATRICK FORD,
      Plaintiff,

v

O.L. MATTHEWS, M.D., WOOK KIM, M.D.,
JORAM MOGAKA, M.D., HARPER
UNIVERSITY HOSPITAL and ST. JOHN'S
HOSPITAL AND MEDICAL CENTER, INC.,
      Defendants-Appellees.
_____/

SC: 156029
COA: 338125
Wayne CC: 13-013472-NH

      On order of the Chief Justice, the motion of plaintiff-appellant to file a supplement to the application for leave to appeal is GRANTED. The supplement submitted on July 26, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2017



Clerk